No. 84–6572. PRENZLER v. PRENZLER. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–6579. MARCH v. MARCH. Appeal from Dist. Ct. App. Fla., 2d Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1150. HUMPHREY ET AL., DBA HUMPHREY & HAAS v. COMMITTEE ON PROFESSIONAL ETHICS AND CONDUCT OF THE IOWA STATE BAR ASSN. Appeal from Sup. Ct. Iowa. Judgment vacated and case remanded for further consideration in light of *Zauderer* v. *Office of Disciplinary Counsel*, 471 U. S. 626 (1985). JUSTICE REHNQUIST and JUSTICE O'CONNOR would note probable jurisdiction and set case for oral argument.

No. 84–1255. ALPHA BETA CO. ET AL. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA (NAHM, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Allis-Chalmers Corp.* v. *Lueck*, 471 U. S. 202 (1985).

No. 84–1663. NICHELSON v. QUAKER OATS CO. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Anderson* v. *Bessemer City*, 470 U. S. 564 (1985).